**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00722-LTB-KMT

MADELINE DALY and
ROBERT DALY,

        Plaintiffs,

v.

LEE DAVIS JONES,

        Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss (Doc 23 - filed November 28, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   November 29, 2011